EDWARD ROSENFELD *v.* ROSE MARIE CYMBALA ET AL.
(11993)

LANDAU, HEIMAN and FREEDMAN, Js.

Argued January 7—decision released February 1, 1994

*David M. Sheridan,* with whom, on the brief, was *James S. Twaddell,* for the appellant (plaintiff).

*Robert M. Axelrod,* with whom, on the brief, was *Deborah L. Moore,* legal intern, for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.